UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR12-037-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| JAMES PALMER BENSON, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 23, 2012. The United States was represented by AUSA Thomas Bates and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced in the Eastern District of Washington on or about May 5, 2005 by the Honorable Lonnie R. Suko on a charge of Felon in Possession of a Firearm, and sentenced to months 70 custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant not associate with known gang members, participate in a mental health evaluation and follow treatment recommendations, submit to search, participate in

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

substance abuse evaluation, and abstain from alcohol and other illegal controlled substances . (Dkt. 3 at 24-29.)

The case was transferred to this District on February 27, 2012. (Dkt. 3 at 2.)

In an application dated (Dkt. 6, 7), U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

1. Using cocaine on or before February 21, 2012, in violation of standard condition number 7.

2. Using cocaine on or before February 27, 2012, in violation of standard condition number 7.

3. Failing to participate in mental health treatment, as directed by his probation officer since January 2012, in violation of the special condition that the defendant participate in mental health treatment.

4. Using cocaine on or before April 5, and April 10, 2012, in violation of standard condition number 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 1, 2, and 4 and waived any evidentiary hearing as to whether they occurred. The defendant denied violation 3 . (Dkt. 8.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, and 4, that the Court conduct a hearing limited to the issue of disposition on those violations and an evidentiary hearing on violation 3. The next hearing will be set before Judge Robart.

///

Pending a final determination by the Court, defendant has been released on supervision.

DATED this 23rd day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Thomas Bates
Defendant's attorney: Nancy Tenney
Probation officer: Jennifer J. Tien